**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Juan Antonio GONZALEZ,
Defendant–Appellant.**

**No. 15–40430
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's, Office, Laura Fletcher Leavitt, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Antonio Gonzalez raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 & n. 28 (5th Cir.2013) (en banc), which held that the generic, contemporary definition of "sexual abuse of a minor" does not include the asserted age-differential requirement. He also raises an argument that he concedes is foreclosed by *United States v. Elizondo–Hernandez,* 755 F.3d 779, 781–82 (5th Cir.2014), *cert. denied,* —— U.S. ——, 135 S.Ct. 1011, 190 L.Ed.2d 881 (2015), which held that the Texas offense of indecency with a child by contact satisfied the generic definition of "sexual abuse of minor." The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.